# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARLON ABRAHAM R.E.,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) Case No. 26-CV-0086-CVE-CDL |
| | ) |
| **KRISTI NOEM, Secretary of the U.S.** | ) |
| **Department of Homeland Security,** | ) |
| **PAMELA BONDI, Attorney General** | ) |
| **of the United States,** | ) |
| **ROBERT CERNA, Acting Field Office** | ) |
| **Director of Dallas Field Office, U.S.** | ) |
| **Immigration and Customs Enforcement,** | ) |
| **VIC REGALADO, Sheriff of Tulsa** | ) |
| **County,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Petitioner Marlon Abraham R.E. petitions for a writ of habeas corpus, under 28 U.S.C. § 2241, to challenge the lawfulness of his pretrial detention at the David L. Moss Criminal Justice Center, in Tulsa, Oklahoma. Dkt. # 1. He also moves for a temporary restraining order. Dkt. # 4. Having reviewed the petition, the Court directs the Clerk of Court to serve the petition and motion for temporary restraining order on Respondents. The Court directs Respondents to respond to the allegations in the petition and show cause why the writ should not issue and to respond to the motion for a temporary restraining order on or before February 25, 2026. Petitioner may file replies on or before March 4, 2026.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall **send** a copy of the petition (Dkt. # 1), a copy of the motion for temporary restraining order (Dkt. # 4), and a copy of this order, **via regular mail**, to:

(1) Kristi Noem, Secretary of the United States Department of Homeland Security, MS 0525 Department of Homeland Security, 2707 Martin Luther King Jr Ave SE, Washington, DC 20528-0525;

(2) Pamela Bondi, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001;

(3) Robert Cerna, Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Dallas Field Office, 8101 N. Stemmons Frwy, Dallas, TX 75247;

(4) Sheriff Vic Regalado, David L. Moss Criminal Justice Center, 300 N Denver, Tulsa, OK, 74103; and

(5) Clinton J. Johnson, United States Attorney for the Northern District of Oklahoma, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa, OK 74119.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **send** a copy of the petition (Dkt. # 1), a copy of the motion for temporary restraining order (Dkt. # 4), and a copy of this order, **via email**, to Clinton J. Johnson, United States Attorney for the Northern District of Oklahoma.

**IT IS FURTHER ORDERED** that respondents shall **file** responses to the petition and the motion for temporary restraining order **on or before February 25, 2026**. Petitioner may **file** replies **on or before March 4, 2026**.

**DATED** this 18th day of February, 2026.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE